```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
QING CHANG,                                                          :
                                                                     :
                                                                     :
                              Plaintiff,                             :
                                                                     :   24 Civ. 6565 (JPC) (SLC)
               -v-                                                   :
                                                                     :            ORDER
UR MENDOZA JADDOU, et al.,                                           :
                                                                     :
                              Defendants.                            :
                                                                     :
-------------------------------------------------------------------- X
```

JOHN P. CRONAN, United States District Judge:

Objections to the Report and Recommendation issued by the Honorable Sarah L. Cave, Dkt. 17, were due on February 25, 2025. On February 26, 2025, after no objections were entered on the docket by that deadline, the Court issued an Order adopting Judge Cave's Report and Recommendation in its entirety. Dkt. 18. On February 27, 2025, however, a document containing objections from Plaintiff and dated February 25, 2025, was entered on the docket. Dkt. 20. Also entered on February 27, 2025, was a letter from Plaintiff in which he expressed difficulty in electronically submitting those objections on February 25, 2025. Dkt. 19. That letter has a stamp reflecting that it had been received by the Southern District of New York's *Pro Se* Office on February 25, 2025.

Because it appears that Plaintiff attempted to submit his objections by February 25, 2025, but encountered electronic difficulties in doing so, the February 26, 2025 Order at Docket Number 18 is vacated, and the Court will consider Plaintiff's objections to the Report and Recommendation as timely submitted. Defendants may respond to Plaintiff's objections by March 18, 2025.

In light of the foregoing, Plaintiff's motion for reconsideration is denied without prejudice. The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 21, and to reopen this case.

SO ORDERED.

Dated: March 4, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge